IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Wesley Edward Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of South Carolina (et al)
Governor Henry McMaster
Berkeley County Administrators

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-cv-697-DCN-MGB
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

RECEIVED USDC
CLERK CHARLESTON, SC
2025 FEB -6  PM 3:17

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: WESLEY EDWARDS, JR III
   Street Address: P.O Box 294
   City and County: Moncks Corner, SC 29461
   State and Zip Code: SC 29403
   Telephone Number: Email wsmitty04@gmail.com
   (843) 925-1429

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: State of South Carolina
   Job or Title (if known): Governor (Henry McMaster)
   Street Address: 1100 Gervais Street
   City and County: Columbia
   State and Zip Code: S.C 29201
   Telephone Number:

   Defendant No. 2
   Name: Berkeley County Administration
   Job or Title (if known):
   Street Address:
   City and County: Moncks Corner, SC 29
   State and Zip Code: SC 29461
   Telephone Number:

   Defendant No. 3
   Name:

2

|  | Job or Title (if known) | |
|---|---|---|
|  | Street Address | |
|  | City and County | |
|  | State and Zip Code | |
|  | Telephone Number | |

Defendant No. 4

|  | Name | |
|---|---|---|
|  | Job or Title (if known) | |
|  | Street Address | |
|  | City and County | |
|  | State and Zip Code | |
|  | Telephone Number | |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

　　　　☒ Federal question　　　　☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DENIAL OF RIGHTS TO APPEAL
DENIAL OF 14TH AMENDMENT RIGHTS
DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 42 USC 2000

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Wesley Edwards Sr. Jr., is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Governor Henry McMaster, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* UK.

    b. If the defendant is a corporation

    The defendant, *(name)* Berkeley County Administration, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina. Or is incorporated under the laws of *(foreign nation)* UK, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Unknown at this time

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wesley Edward Smithey in a foreclosure action of mother, Ms Florence S Boswell was denied the right to appeal State of South Carolina property deed transfer as heir to said property at 106 Annice William St Moncks Corner, SC 29461

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Suit in equity of sanction as case is alleged as a frivolous action as prohibited under South Carolina Frivolous Proceeding Act S.C. 15-36-10 seeking recovery of property rights (see) Defendant have not properly served Wesley Edward Smithey the right to appeal not issued a report and recommendations from the hearing (et seq)

5

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *February 6,* 20 *25*

Signature of Plaintiff  *Wesley Sly*
Printed Name of Plaintiff  *WESLEY ERMOSMITH*

B. **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____